UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (_____)

NEIL F. LETREN,
on behalf of himself and all others
similarly situated,
      Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANS UNION, LLC;
      Defendants.

CASE NO.

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, on the following grounds:

1. Plaintiff Neil Letren served Trans Union on or about October 29, 2015, with a Summons and Complaint filed in the Circuit Court for Prince George's County, Maryland. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶48-52, 54-57, 59-63 and 65-68.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland.

5. Trans Union has confirmed with the Clerk of the Circuit Court for Prince George's County, Maryland, both online and by telephone, that they have no document or file suggesting any other Defendant has been served.

6. Notice of this removal will promptly be filed with the Circuit Court for Prince George's County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court for Prince George's County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,

H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail: hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of November, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of November, 2015**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Neil F. Letren<br>105 East Mill Avenue<br>Capital Heights, MD  20743 | |
|---|---|

/s/ H. Mark Stichel
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*