**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| NEIL F. LETREN, ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 8:15-cv-03361-TDC |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR LOCAL RULE 111 SETTLEMENT ORDER

As Plaintiff Neil Letren and Defendant Equifax Information Services LLC ("Equifax") have reached a settlement, they respectfully request the Court to issue a 60 day Local Rule 111 settlement order under the first and second sentences of Local Rule 111. The undersigned is authorized by Plaintiff to request the issuance of a Local Rule 111 order as to Equifax only.

Respectfully submitted this 1st day of July, 2016.

*/s/ Misty L. Peterson*

_____
Nathan Daniel Adler
Bar No: 22645
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8516
(410) 332-8517
nda@nqgrg.com

Zachary A. McEntyre
Misty Peterson
(admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
(404) 572-4600

*Attorneys for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2016, I electronically filed the foregoing REQUEST FOR LOCAL RULE 111 SETTLEMENT ORDER with the Clerk of Court using the CM/ECF system.

_____
Misty L. Peterson