# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEIL F. LETREN,<br>on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Civil Action No. 8:15-cv-03361-PX |

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by Plaintff Neil Letren and Defendant Equifax Information Services LLC ("Equifax") that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is **ORDERED** that:

This action against Equifax only is hereby **DISMISSED** and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of either party to move for good cause within *sixty (60) days* to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date:   July 6, 2016                                      /S/
                                                                              PAULA XINIS
                                                                              United States District Judge