## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

---

NEIL F. LETREN,                                    CASE NO.  8:15-cv-03361-TDC
on behalf of himself and all others
similarly situated,
    Plaintiff,

  vs.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANS UNION, LLC;
    Defendants.

---

## TRANS UNION, LLC'S
## MOTION FOR SUMMARY JUDGMENT

---

Defendant Trans Union, LLC ("Trans Union") by counsel, hereby submits its Memorandum In Support Of Its Motion For Summary Judgment.

The Motion in this Fair Credit Reporting Act ("FCRA") case should be granted because:

1. Plaintiff's counsel's failure to timely respond to Trans Union's Requests For Admission or sign belated responses despite repeated requests means they are deemed admitted and conclusively establish as a matter of law that Trans Union has not violated any provision of the Fair Credit Reporting Act or reported any inaccurate information, has no liability and Plaintiff has no damages;

2. The merits are served by the Admissions because:

A. Trans Union accurately reported the subject account as foreclosed upon and not discharged in Plaintiff's bankruptcy as – falsely – alleged, and this Court has held that accuracy is a complete defense to any FCRA claim;

B.   Trans Union is not liable under the FCRA because it fully complied with the reporting and reinvestigation procedures requirements for bankrupt consumers mandated by the White/Hernandez Class Action Order which expressly preclude this suit and have been deemed reasonable as a matter of law;

C.   Plaintiff cannot show that the reporting of the account was misleading because he cannot prove that it had an adverse effect;

D.   Trans Union is not liable under the FCRA because Plaintiff cannot produce required evidence of damages since he cannot show that Trans Union's reporting of the account caused any of his alleged credit denials or was a substantial factor in any purported denial of credit, and he has not specifically identified the symptoms of his alleged emotional distress; and

E.   There is no private right to the injunctive relief sought under the FCRA.

Pursuant to Local Rule 105, Trans Union's Memorandum In Support Of Its Motion For Summary Judgment is filed simultaneously herewith.

Pursuant to the Court's Case Management Order [Doc. No. 31], a Joint Statement Of Undisputed Facts is likewise filed simultaneously herewith, and the Joint Record will be filed within seven (7) days of the filing of the final brief on the Motion.

Respectfully submitted,


*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the

**29th day of July, 2016**.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kevin L. Chapple, Esq.<br>kevinlchapple@aol.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following

parties via First Class, U.S. Mail, postage prepaid, on the **29th day of July, 2016**, properly addressed as

follows:

| | |
|---|---|
| None | |

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*