IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| NEIL F. LETREN, | * | |
| on behalf of himself and all others similarly situated, | * | |
| Plaintiff, | | |
| | * | |
| v. | | Civil Action No. PX 15-3361 |
| | * | |
| TRANS UNION, LLC, | * | |
| Defendant. | * | |

******

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 2nd day of February, 2017 hereby ORDERED that:

1. The Motion for Summary Judgment filed by Defendant TRANS UNION, LLC (ECF No. 66) BE, and the same hereby IS, GRANTED.

2. The Cross-Motion for Partial Summary Judgment filed by Plaintiff NEIL F. LETREN (ECF No. 71) BE, and the same hereby IS, DENIED;

3. The putative class action claims are DISMISSED AS MOOT.

4. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

 2/2/2017                                                    /S/
Date                                                Paula Xinis
                                                    United States District Judge