IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| NEIL F. LETREN, on behalf of himself and all others similarly situated, Plaintiff, | * * * * | |
| v. | * | Civil Action No. PX 15-3361 |
| TRANS UNION, LLC, | * | |
| Defendant. | * | |

******

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 15th day of September, 2017 hereby ORDERED that:

1. The Motion for Rule 11 Sanctions filed by Defendant TRANS UNION, LLC (ECF No. 87) BE, and the same hereby IS, GRANTED.

2. The Motion for Sanctions pursuant to 28 U.S.C. § 1927, 15 U.S.C. § 1681, and the inherent powers of the Court filed by Defendant TRANS UNION, LLC (ECF No. 88) BE, and the same hereby IS, DENIED AS MOOT.

3. Defendant TRANS UNION LLC is awarded a total of $4,200 in sanctions, which shall be paid within 30 days from the date of this Order.

   a. Neil F. Letren shall pay sanctions in the amount of $200.

   b. Kevin L. Chapple shall pay sanctions in the amount of $4,000.

5. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

| | |
|---|---|
| 9/15/2017 | /S/ |
| Date | Paula Xinis |
| | United States District Judge |