IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEIL F. LETREN, | * | |
| On behalf of himself and all others | | |
| Similarly situated, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX-15-3361 |
| TRANS UNION, LLC, | * | |
| Defendant. | * | |

\*\*\*\*\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is the 21st day of May, 2018, ORDERED by the United States District of Maryland:

1. Plaintiff NEIL F. LETREN's Motion to Alter/Amend Judgment is DENIED;

2. Defendant TRANS UNION, LLC's Motion for Leave to File Motion to Strike is DENIED as moot; and

3. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

| | |
|---|---|
| 5/21/2018 | /S/ |
| Date | Paula Xinis |
| | United States District Judge |