# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NEIL F. LETREN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:15-cv-03361-PX |
| ) | |
| **TRANS UNION, LLC** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Neil F. Letren and Counsel Kevin L. Chapple jointly appeal to the United States Court of Appeals for the Fourth Circuit from the order [DOC 82] entered on February 2, 2017 granting Defendant Trans Union, LLC's motion for summary judgment and denying Plaintiff Neil F. Letren's cross-motion for partial summary judgment, the order [DOC 117] entered on September 15, 2017 granting Defendant Trans Union, LLC's motion for sanctions, and judgment [DOC 123] entered on May 21, 2018 denying Plaintiff Neil F. Letren's motion to alter or amend.

Respectfully submitted,

NEIL F. LETREN

_____/s/_____
Quinn Breece Lobato,
LOBATO LAW LLC
8583 Seasons Way
Lanham, MD 20706
Tel: (240) 305-4770
E-mail: quinn.lobato@gmail.com

*Counsel for Plaintiff*

KEVIN L. CHAPPLE

_____/s/_____
Kevin L. Chapple, Esq., Bar #19361
CHAPPLE LAW FIRM
438 S Street Northwest
Washington, DC 20001
Tel: (202) 669-4014
E-mail:kevinlchapple@aol.com